**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1873

ABIGAIL ABBAS; HAIDER ABBAS,

Plaintiffs - Appellants,

AMINA ABBAS, minor; FATIMA ABBAS, minor;
HUSSAIN ABBAS, minor,

Plaintiffs,

versus

RANDALL AVRAM, Attorney for Hunton & Williams,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-99-139-5-BO)

Submitted: November 9, 1999        Decided: December 2, 1999

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Abigal Abbas, Haider Abbas, Appellants Pro Se. John Brendan Kelly, Cary, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order dismissing their action for failure to state a claim under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Abbas v. Avram, No. CA-99-139-5-BO (E.D.N.C. May 17, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED